IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:    ROBERT A LE BRAS                          :    Bankruptcy No. 2-15-BK-22627
                                                    :    Chapter        13
                              Debtor                :
                                                    :
                                                    :    Claim No.      28
Movant  CACH, LLC                                   :
                                                    :
                v.                                  :
                                                    :
                                                    :
                                                    :
Respondent (if none, then "No Respondent")          :
        No Respondent

<u>NOTICE OF CHANGE OF ADDRESS</u>

Undeliverable Address:

        Creditor Name:    CACH, LLC

        Incorrect Address: 4340 S MONACO ST
                           FL 2
                           DENVER CO 80237-3485

Corrected Address:

        Creditor Name:    CACH, LLC

        Correct Address:  PO Box 10587
                          Greenville SC 29603-0587

Dated    8/16/2017

                                        Signature of Creditor

                                        *Susan Gaines*

                                        Typed Name
                                         Susan Gaines

                                        Address
                                        PO Box 10587
                                        Greenville SC 29603-0587

                                        Phone No.
                                        (877) 264-5884