**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

03/31/2020

IN RE:

ROBERT A. LE BRAS
576 ORCHARD AVE
PITTSBURGH, PA 15202
XXX-XX-4536        Debtor(s)

Case No.15-22627 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/31/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Details |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: 30 <br> CLAIM: 99.43 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4536 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI  48090 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 2,032.31 <br> COMMENT: SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0736 |
| **ALLY BANK(*)** <br> ATTN TRUSTEE PAYMENT CENTER <br> PO BOX 78367 <br> PHOENIX, AZ  85062-8367 | Trustee Claim Number: 3    INT %: 4.60% <br> Court Claim Number: 2 <br> CLAIM: 13,260.38 <br> COMMENT: C2GOV*16400@6%/PL@K@ALLY FNCL/PL~PL NT K | CRED DESC: VEHICLE <br> ACCOUNT NO.: 3659 |
| **NATIONSTAR MORTGAGE LLC(*)** <br> PO BOX 619094 <br> DALLAS, TX  75261-9741 | Trustee Claim Number: 4    INT %: 0.00% <br> Court Claim Number: 31 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 8/15 | CRED DESC: MORTGAGE REGULAR PAYMENT <br> ACCOUNT NO.: 1856 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 3,624.00 <br> COMMENT: C4GOV*4317@6%/PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 4536 |
| **ALLIED INTERSTATE++** <br> POB 4000 <br> WARRENTON, VA  20188 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PAYPAL SMART CONNECT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4675 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI  48090 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 2,864.64 <br> COMMENT: AMAZON/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9898 |
| **GENPACT SERVICES LLC** <br> PO BOX 960013 <br> ORLANDO, FL  32896 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: AMAZON/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: 0786 |
| **BANK OF AMERICA NA**** <br> PO BOX 15102 <br> WILMINGTON, DE  19886-5102 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 27 <br> CLAIM: 2,522.50 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3347 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI  48090 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 762.22 <br> COMMENT: BEST BUY/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1279 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,525.16<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9592 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 804.85<br>COMMENT: BARCLAYS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0594 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4841 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY 10087-9262 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,581.72<br>COMMENT: CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7335 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 163.18<br>COMMENT: HSN | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7493 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,886.23<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5155 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 1,533.12<br>COMMENT: EMBLEM | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9585 |
| **CACH LLC**<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 1,957.97<br>COMMENT: 1ST BANKCARD/SCH*FNB OF OMAHA | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1525 |
| **CACH LLC**<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 2,941.18<br>COMMENT: 1ST BANKCARD/SCH*FNB OF OMAHA | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1787 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 750.29<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1767 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 21  INT %: 0.00% Court Claim Number: 24 CLAIM: 946.25 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9442 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00% Court Claim Number: 26 CLAIM: 1,169.46 COMMENT: GETTINGTON | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7964 |
| **SYNCHRONY BANK++** C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI, FL 33131-1605 | Trustee Claim Number: 23  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~HH GREGG/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2832 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number: 24  INT %: 0.00% Court Claim Number: 20 CLAIM: 2,232.26 COMMENT: CITIBANK/THD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6309 |
| **CLIENT SERVICES** 3451 HARRY TRUMAN BLVD ST CHARLES, MO 63301-4047 | Trustee Claim Number: 25  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: HOME DEPOT/SCH | CRED DESC: SPECIAL NOTICE ONLY ACCOUNT NO.: 9541 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00% Court Claim Number: 21 CLAIM: 3,632.03 COMMENT: SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5930 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS** C/O NCO FINANCIAL SYSTEMS INC PO BOX 4275 NORCROSS, GA 30091 | Trustee Claim Number: 27  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5790 |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK** C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE, WA 98124-3978 | Trustee Claim Number: 28  INT %: 0.00% Court Claim Number: 13 CLAIM: 974.71 COMMENT: NEWEGG.COM/SCH*PAYPAL*FR COMENITY-DOC 45 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2993 |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK** C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE, WA 98124-3978 | Trustee Claim Number: 29  INT %: 0.00% Court Claim Number: 14 CLAIM: 3,504.26 COMMENT: PAYPAL*FR COMENITY-DOC 44 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5285 |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE PO BOX 2011 WARREN, MI 48090 | Trustee Claim Number: 30  INT %: 0.00% Court Claim Number: 9 CLAIM: 1,337.84 COMMENT: QVC/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7163 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **GC SERVICES**<br>6330 GULFTON STREET<br>POB 3026<br>HOUSTON, TX 77081 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QVC/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 1,288.15<br>COMMENT: CITIBANK/SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0835 |
| **CITI/SHELL**<br>POB 6497<br>SIOUX FALLS, SD 57117-6497 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7833 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 75.36<br>COMMENT: CITIBANK/SUNOCO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7430 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~BP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1129 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,621.14<br>COMMENT: SYCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0619 |
| **GENPACT SERVICES LLC**<br>PO BOX 960013<br>ORLANDO, FL 32896 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNCHRONY BANK~SHOPHQ/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0218 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,240.49<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9790 |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 3,916.78<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6903 |
| **CAVALRY PORTFOLIO SERVICES LLC(\*)**<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WAL MART/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1961 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **INTEGRITY SOLUTION SERVICES++**<br>7825 WASHINGTON AVE S STE 200<br><br>MINNEAPOLIS, MN 55439-2400 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WAL MART/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1117 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 693.00<br>COMMENT: C4GOV*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4536 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 31<br>CLAIM: 1,282.97<br>COMMENT: 1236/PL*THRU 7/15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1856 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,582.26<br>COMMENT: ACCT NT/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0203 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 4,546.07<br>COMMENT: NT/SCH*SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2356 |
| **JOSHUA I GOLDMAN ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR MORTGAGE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |