**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　ROBERT A. LE BRAS | Case No. 15-22627CMB |
| 　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　vs.<br>ROBERT A. LE BRAS | Chapter 13<br><br>Document No. __54__ |
| 　　　Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___15th___ day of ___July___, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Automated Health Systems Inc
Attn: Payroll Manager
9370 Mcknight Rd
Pittsburgh, PA 15237

is hereby ordered to immediately terminate the attachment of the wages of ROBERT A. LE BRAS, social security number XXX-XX-4536. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT A. LE BRAS.

FILED
7/15/20 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 15-22627-CMB
Robert A. Le Bras                                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 1              Date Rcvd: Jul 15, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.
db             +Robert A. Le Bras,    576 Orchard Ave,    Pittsburgh, PA 15202-3136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:
     Christopher A. DeNardo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
     James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
     Joseph P. Schalk    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jschalk@barley.com,
      sromig@barley.com
     Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com
     Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
     Leslie J. Rase, Esq.    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
     Michael C. Eisen    on behalf of Debtor Robert A. Le Bras attorneyeisen@yahoo.com,
      aarin96@hotmail.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 10