## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ROBERT A. LE BRAS

        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
      vs.
No Respondents.

Case No.:15-22627

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2020

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/21/2015  and confirmed on 9/14/15 .  The case was subsequently      Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 112,152.82 |
| Less Refunds to Debtor | 3,272.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 108,880.67 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 4,992.77 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,992.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 70,662.86 | 0.00 | 70,662.86 |
|     Acct: 1856 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 1,282.97 | 1,282.97 | 0.00 | 1,282.97 |
|     Acct: 1856 | | | | |
|   ALLY BANK(*) | 13,260.38 | 13,260.38 | 1,271.58 | 14,531.96 |
|     Acct: 3659 | | | | |
| | | | | 86,477.79 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT A. LE BRAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT A. LE BRAS | 3,272.15 | 3,272.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,624.00 | 3,624.00 | 0.00 | 3,624.00 |
|     Acct: 4536 | | | | |
| | | | | 3,624.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 99.43 | 20.55 | 0.00 | 20.55 |
|     Acct: 4536 | | | | |
|   MIDLAND FUNDING LLC | 2,032.31 | 420.06 | 0.00 | 420.06 |
|     Acct: 0736 | | | | |
|   ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4675 | | | | |
|   MIDLAND FUNDING LLC | 2,864.64 | 592.09 | 0.00 | 592.09 |
|     Acct: 9898 | | | | |
|   BANK OF AMERICA NA** | 2,522.50 | 521.38 | 0.00 | 521.38 |
|     Acct: 3347 | | | | |
|   MIDLAND FUNDING LLC | 762.22 | 157.54 | 0.00 | 157.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1279 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,525.16 | 315.24 | 0.00 | 315.24 |
| Acct: 9592 | | | | |
| CERASTES LLC | 804.85 | 166.35 | 0.00 | 166.35 |
| Acct: 0594 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4841 | | | | |
| ECAST SETTLEMENT CORP | 2,581.72 | 533.62 | 0.00 | 533.62 |
| Acct: 7335 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 163.18 | 33.73 | 0.00 | 33.73 |
| Acct: 7493 | | | | |
| DISCOVER BANK(*) | 1,886.23 | 389.86 | 0.00 | 389.86 |
| Acct: 5155 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,533.12 | 316.88 | 0.00 | 316.88 |
| Acct: 9585 | | | | |
| CACH LLC | 1,957.97 | 404.69 | 0.00 | 404.69 |
| Acct: 1525 | | | | |
| CACH LLC | 2,941.18 | 607.91 | 0.00 | 607.91 |
| Acct: 1787 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 750.29 | 155.08 | 0.00 | 155.08 |
| Acct: 1767 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 946.25 | 195.58 | 0.00 | 195.58 |
| Acct: 9442 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 1,169.46 | 241.72 | 0.00 | 241.72 |
| Acct: 7964 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2832 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 2,232.26 | 461.39 | 0.00 | 461.39 |
| Acct: 6309 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 3,632.03 | 750.70 | 0.00 | 750.70 |
| Acct: 5930 | | | | |
| DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5790 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B | 974.71 | 201.46 | 0.00 | 201.46 |
| Acct: 2993 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B | 3,504.26 | 724.30 | 0.00 | 724.30 |
| Acct: 5285 | | | | |
| MIDLAND FUNDING LLC | 1,337.84 | 276.52 | 0.00 | 276.52 |
| Acct: 7163 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,288.15 | 266.25 | 0.00 | 266.25 |
| Acct: 0835 | | | | |
| CITI/SHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7833 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 75.36 | 15.58 | 0.00 | 15.58 |
| Acct: 7430 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1129 | | | | |
| MIDLAND FUNDING LLC | 2,621.14 | 541.76 | 0.00 | 541.76 |
| Acct: 0619 | | | | |
| TD BANK USA NA** | 1,240.49 | 256.40 | 0.00 | 256.40 |
| Acct: 9790 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 3,916.78 | 809.56 | 0.00 | 809.56 |
| Acct: 6903 | | | | |
| INTERNAL REVENUE SERVICE* | 693.00 | 143.24 | 0.00 | 143.24 |
| Acct: 4536 | | | | |
| MIDLAND FUNDING LLC | 1,582.26 | 327.04 | 0.00 | 327.04 |
| Acct: 0203 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 4,546.07 | 939.63 | 0.00 | 939.63 |
| Acct: 2356 | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

15-22627                                                                          Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| GENPACT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0786 | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9541 | | | | |
| GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GENPACT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0218 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1961 | | | | |
| INTEGRITY SOLUTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1117 | | | | |
| | | | | 10,786.11 |

TOTAL PAID TO CREDITORS                                                                 100,887.90

TOTAL CLAIMED
PRIORITY            3,624.00
SECURED            14,543.35
UNSECURED          52,184.86


Date: 10/26/2020                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ROBERT A. LE BRAS

        Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:15-22627

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 15-22627-CMB

Robert A. Le Bras                                                                          Chapter 13

　　　Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: gamr                                   Page 1 of 4

Date Rcvd: Oct 27, 2020                       Form ID: pdf900                              Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Robert A. Le Bras, 576 Orchard Ave, Pittsburgh, PA 15202-3136 |
| 14080445 | + | Allied Interstate, PO Box 4000, Warrenton, VA 20188-4000 |
| 14080448 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14137453 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14080449 | + | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14080451 | + | Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14080454 | | Citi, Box 6062, Sioux Falls, SD 57117 |
| 14080470 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14121053 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14080459 | + | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14080460 | + | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14080466 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14080467 | ++++ | INTEGRITY SOLUTION SERVICES INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Integrity Solution Services Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301 |
| 14113024 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14148024 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14080471 | + | Nationstar Mortgage, PO Box 619004, Dallas, TX 75261-9004 |
| 14080472 | | Newegg.com Preferred Account, PO Box 51387, Timonium, MD 21094 |
| 14080476 | + | Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14080477 | + | Shell, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 14080478 | + | Sunoco/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14080481 | + | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14080483 | + | William T. Molczan, Esq., Weltman, Weinberg & Reis Co. LPA, 2500 Koppers Bldg, 436 7th Ave, Pittsburgh, PA 15219-1842 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:18:57 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14088588 | | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14080446 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14080447 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:05 | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, |

District/off: 0315-2 | User: gamr | Page 2 of 4
Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 62

|  |  |  |  |
|---|---|---|---|
|  |  |  | PO Box 965060, Orlando, FL 32896-5060 |
| 14137889 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Oct 28 2020 02:19:01 | CACH, LLC, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 14117398 | + | Email/Text: bncmail@w-legal.com | |
|  |  | Oct 28 2020 02:26:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14117396 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Oct 28 2020 02:24:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14080450 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
|  |  | Oct 28 2020 01:15:57 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14093364 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
|  |  | Oct 28 2020 01:12:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14080452 | + | Email/Text: bankruptcy@cavps.com | |
|  |  | Oct 28 2020 02:27:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste 4A, Valhalla, NY 10595-2323 |
| 14109664 | + | Email/Text: bankruptcy@cavps.com | |
|  |  | Oct 28 2020 02:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14080455 | + | Email/Text: mediamanagers@clientservices.com | |
|  |  | Oct 28 2020 02:23:00 | Client Services Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14080456 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Oct 28 2020 02:24:00 | Comenity Capital/HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 14080457 | | Email/Text: mrdiscen@discover.com | |
|  |  | Oct 28 2020 02:24:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14084046 | | Email/Text: mrdiscen@discover.com | |
|  |  | Oct 28 2020 02:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14147192 | + | Email/Text: kburkley@bernsteinlaw.com | |
|  |  | Oct 28 2020 02:27:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14080458 | + | Email/Text: bknotices@totalcardinc.com | |
|  |  | Oct 28 2020 02:25:00 | Emblem Mastercard, PO Box 89210, Sioux Falls, SD 57109-9210 |
| 14080461 | | Email/Text: GCSBankruptcy@gcserv.com | |
|  |  | Oct 28 2020 02:23:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14080462 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Oct 28 2020 01:14:04 | Genpact Services LLC, PO Box 960013, Orlando, FL 32896-0013 |
| 14080463 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Oct 28 2020 01:14:04 | Genpact Services LLC, PO Box 960009, Orlando, FL 32896-0009 |
| 14080464 | + | Email/Text: bnc-bluestem@quantum3group.com | |
|  |  | Oct 28 2020 02:27:00 | Gettington, PO Box 166, Newark, NJ 07101-0166 |
| 14080465 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Oct 28 2020 01:14:04 | HHGregg, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965036, Orlando, FL 32896-5036 |
| 14080468 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
|  |  | Oct 28 2020 02:24:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14131338 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Oct 28 2020 02:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14080453 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
|  |  | Oct 28 2020 01:12:22 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14080469 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Oct 28 2020 01:12:20 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14122201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Oct 28 2020 02:18:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14080473 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Oct 28 2020 01:14:04 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14131362 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |

District/off: 0315-2 | User: gamr | Page 3 of 4

Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 62

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2020 02:26:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14080474 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:50 | QVC, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14136444 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 02:25:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14102967 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 02:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14086464 | | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:17:40 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14080479 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:12:20 | SYNCB/BP, PO Box 965015, Orlando, FL 32896-5015 |
| 14952279 | + | Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14080475 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:04 | Sam's Club, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14080480 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:05 | Synchrony Bank/ShopHQ, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14117399 | + | Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14080482 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:50 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| 14952281 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020 | Signature: /s/Joseph Speetjens

District/off: 0315-2                              User: gamr                                   Page 4 of 4
Date Rcvd: Oct 27, 2020                        Form ID: pdf900                              Total Noticed: 62

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Joseph P. Schalk | on behalf of Creditor NATIONSTAR MORTGAGE LLC jschalk@barley.com  sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com  kevin.shatley@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  klittle@logs.com |
| Leslie J. Rase, Esq. | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Michael C. Eisen | on behalf of Debtor Robert A. Le Bras attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11