Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

Robert A. Le Bras

Debtor(s)

Bankruptcy Case No. 15-22627-CMB

Chapter 13

Docket No.: 61

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW**, this The 27th day of October, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above-captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 by** <u>December 11, 2020</u>**.**  Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for a ZOOM Hearing on <u>**January 6, 2021 at 1:30 p.m.,**</u> via Zoom Video Conference Application, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.  To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUTPCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE.  REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties.  If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter.  Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately.**

5. If applicable, **Debtor(s) SHALL FILE a Certification of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before December 11, 2020.

_Carlota M. Böhm_  gib
Carlota M. Böhm, Chief Judge
United States Bankruptcy Court

cm:  **All Parties**

FILED
10/27/20 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 15-22627-CMB

Robert A. Le Bras                                                               Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: gamr                                          Page 1 of 4

Date Rcvd: Oct 27, 2020                 Form ID: pdf900                            Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A. Le Bras, 576 Orchard Ave, Pittsburgh, PA 15202-3136 |
| 14080445 | + | Allied Interstate, PO Box 4000, Warrenton, VA 20188-4000 |
| 14080448 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14137453 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14080449 | + | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14080451 | + | Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14080454 | | Citi, Box 6062, Sioux Falls, SD 57117 |
| 14080470 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14121053 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14080459 | + | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14080460 | + | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14080466 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14080467 | ++++ | INTEGRITY SOLUTION SERVICES INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Integrity Solution Services Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301 |
| 14113024 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14148024 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14080471 | + | Nationstar Mortgage, PO Box 619004, Dallas, TX 75261-9004 |
| 14080472 | | Newegg.com Preferred Account, PO Box 51387, Timonium, MD 21094 |
| 14080476 | + | Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14080477 | + | Shell, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 14080478 | + | Sunoco/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14080481 | + | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14080483 | + | William T. Molczan, Esq., Weltman, Weinberg & Reis Co. LPA, 2500 Koppers Bldg, 436 7th Ave, Pittsburgh, PA 15219-1842 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:18:57 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14088588 | | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14080446 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14080447 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:51 | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | PO Box 965060, Orlando, FL 32896-5060 |
| 14137889 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 28 2020 02:19:01 | CACH, LLC, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 14117398 | + | Email/Text: bncmail@w-legal.com | |
| | | Oct 28 2020 02:26:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14117396 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Oct 28 2020 02:24:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14080450 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
| | | Oct 28 2020 01:12:27 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14093364 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | |
| | | Oct 28 2020 01:12:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14080452 | + | Email/Text: bankruptcy@cavps.com | |
| | | Oct 28 2020 02:27:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste 4A, Valhalla, NY 10595-2323 |
| 14109664 | + | Email/Text: bankruptcy@cavps.com | |
| | | Oct 28 2020 02:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14080455 | + | Email/Text: mediamanagers@clientservices.com | |
| | | Oct 28 2020 02:23:00 | Client Services Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14080456 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Oct 28 2020 02:24:00 | Comenity Capital/HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 14080457 | | Email/Text: mrdiscen@discover.com | |
| | | Oct 28 2020 02:24:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14084046 | | Email/Text: mrdiscen@discover.com | |
| | | Oct 28 2020 02:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14147192 | + | Email/Text: kburkley@bernsteinlaw.com | |
| | | Oct 28 2020 02:27:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14080458 | + | Email/Text: bknotices@totalcardinc.com | |
| | | Oct 28 2020 02:25:00 | Emblem Mastercard, PO Box 89210, Sioux Falls, SD 57109-9210 |
| 14080461 | | Email/Text: GCSBankruptcy@gcserv.com | |
| | | Oct 28 2020 02:23:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14080462 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2020 01:14:04 | Genpact Services LLC, PO Box 960013, Orlando, FL 32896-0013 |
| 14080463 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2020 01:14:05 | Genpact Services LLC, PO Box 960009, Orlando, FL 32896-0009 |
| 14080464 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Oct 28 2020 02:27:00 | Gettington, PO Box 166, Newark, NJ 07101-0166 |
| 14080465 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2020 01:14:05 | HHGregg, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965036, Orlando, FL 32896-5036 |
| 14080468 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Oct 28 2020 02:24:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14131338 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Oct 28 2020 02:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14080453 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Oct 28 2020 01:12:22 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14080469 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2020 01:15:51 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14122201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Oct 28 2020 02:17:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14080473 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2020 01:12:20 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14131362 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |

District/off: 0315-2                              User: gamr                                   Page 3 of 4

Date Rcvd: Oct 27, 2020                           Form ID: pdf900                             Total Noticed: 62

|  |  | Oct 28 2020 02:26:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14080474 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:12:20 | QVC, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14136444 | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 02:25:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14102967 | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 02:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14086464 | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:18:57 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14080479 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:12:20 | SYNCB/BP, PO Box 965015, Orlando, FL 32896-5015 |
| 14952279 | + Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14080475 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:51 | Sam's Club, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14080480 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:51 | Synchrony Bank/ShopHQ, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14117399 | + Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14080482 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:51 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Duquesne Light Company |
| cr |  | NATIONSTAR MORTGAGE LLC |
| 14952281 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2020                     Signature:        /s/Joseph Speetjens

District/off: 0315-2                                    User: gamr                                    Page 4 of 4
Date Rcvd: Oct 27, 2020                           Form ID: pdf900                              Total Noticed: 62

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Joseph P. Schalk | on behalf of Creditor NATIONSTAR MORTGAGE LLC jschalk@barley.com  sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com  kevin.shatley@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  klittle@logs.com |
| Leslie J. Rase, Esq. | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Michael C. Eisen | on behalf of Debtor Robert A. Le Bras attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11