| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert A. Le Bras** | Social Security number or ITIN  xxx–xx–4536 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–22627–CMB** | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert A. Le Bras

12/21/20                                                                 **By the court:**    Carlota M. Bohm
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 15-22627-CMB
Robert A. Le Bras                                                                                Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: mgut                                              Page 1 of 4
Date Rcvd: Dec 21, 2020                       Form ID: 3180W                                          Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A. Le Bras, 576 Orchard Ave, Pittsburgh, PA 15202-3136 |
| 14080445 | + | Allied Interstate, PO Box 4000, Warrenton, VA 20188-4000 |
| 14137453 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14080459 | + | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14080467 | ++++ | INTEGRITY SOLUTION SERVICES INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Integrity Solution Services Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301 |
| 14113024 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14148024 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14080471 | + | Nationstar Mortgage, PO Box 619004, Dallas, TX 75261-9004 |
| 14080472 | | Newegg.com Preferred Account, PO Box 51387, Timonium, MD 21094 |
| 14080483 | + | William T. Molczan, Esq., Weltman, Weinberg & Reis Co. LPA, 2500 Koppers Bldg, 436 7th Ave, Pittsburgh, PA 15219-1842 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 22 2020 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2020 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 22 2020 06:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2020 05:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: RECOVERYCORP.COM | Dec 22 2020 06:13:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 22 2020 05:16:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14088588 | | EDI: GMACFS.COM | Dec 22 2020 06:03:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14080446 | + | EDI: GMACFS.COM | Dec 22 2020 06:03:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |

Case 15-22627-CMB    Doc 73    Filed 12/23/20    Entered 12/24/20 00:55:03    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 3180W | Total Noticed: 64 |

| Recipient ID | | Delivery Method | Date | Recipient |
|---|---|---|---|---|
| 14080447 | + | EDI: RMSC.COM | Dec 22 2020 06:03:00 | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14080448 | | EDI: BANKAMER.COM | Dec 22 2020 06:03:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14080449 | + | EDI: CITICORP.COM | Dec 22 2020 06:03:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14137889 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2020 04:49:59 | CACH, LLC, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 14117398 | + | Email/Text: bncmail@w-legal.com | Dec 22 2020 05:16:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14117396 | + | EDI: WFNNB.COM | Dec 22 2020 06:03:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14080450 | + | EDI: CAPITALONE.COM | Dec 22 2020 06:03:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14093364 | | EDI: CAPITALONE.COM | Dec 22 2020 06:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14080451 | + | EDI: TSYS2.COM | Dec 22 2020 06:03:00 | Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14080452 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2020 05:16:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste 4A, Valhalla, NY 10595-2323 |
| 14109664 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2020 05:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14080454 | | EDI: CITICORP.COM | Dec 22 2020 06:03:00 | Citi, Box 6062, Sioux Falls, SD 57117 |
| 14080455 | + | Email/Text: mediamanagers@clientservices.com | Dec 22 2020 05:13:00 | Client Services Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14080456 | + | EDI: WFNNB.COM | Dec 22 2020 06:03:00 | Comenity Capital/HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 14080457 | | EDI: DISCOVER.COM | Dec 22 2020 06:03:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14080470 | | EDI: CITICORP.COM | Dec 22 2020 06:03:00 | Macy's, PO Box 8066, Mason, OH 45040 |
| 14084046 | | EDI: DISCOVER.COM | Dec 22 2020 06:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14147192 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2020 05:17:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14121053 | | EDI: ECAST.COM | Dec 22 2020 06:03:00 | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14080458 | + | EDI: TCISOLUTIONS.COM | Dec 22 2020 06:13:00 | Emblem Mastercard, PO Box 89210, Sioux Falls, SD 57109-9210 |
| 14080460 | + | EDI: AMINFOFP.COM | Dec 22 2020 06:03:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14080461 | | Email/Text: GCSBankruptcy@gcserv.com | Dec 22 2020 05:13:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14080462 | + | EDI: RMSC.COM | Dec 22 2020 06:03:00 | Genpact Services LLC, PO Box 960013, Orlando, FL 32896-0013 |
| 14080463 | + | EDI: RMSC.COM | Dec 22 2020 06:03:00 | Genpact Services LLC, PO Box 960009, Orlando, FL 32896-0009 |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| 14080464 | + EDI: BLUESTEM | Dec 22 2020 06:13:00 | Gettington, PO Box 166, Newark, NJ 07101-0166 |
| 14080465 | + EDI: RMSC.COM | Dec 22 2020 06:03:00 | HHGregg, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965036, Orlando, FL 32896-5036 |
| 14080466 | + EDI: CITICORP.COM | Dec 22 2020 06:03:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14080468 | + EDI: IRS.COM | Dec 22 2020 06:03:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14131338 | EDI: JEFFERSONCAP.COM | Dec 22 2020 06:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14080453 | EDI: JPMORGANCHASE | Dec 22 2020 06:03:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14080469 | + EDI: RMSC.COM | Dec 22 2020 06:03:00 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14122201 | EDI: PRA.COM | Dec 22 2020 06:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14080473 | + EDI: RMSC.COM | Dec 22 2020 06:03:00 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14131362 | + EDI: JEFFERSONCAP.COM | Dec 22 2020 06:13:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14080474 | + EDI: RMSC.COM | Dec 22 2020 06:03:00 | QVC, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14136444 | EDI: Q3G.COM | Dec 22 2020 06:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14102967 | EDI: Q3G.COM | Dec 22 2020 06:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14086464 | EDI: RECOVERYCORP.COM | Dec 22 2020 06:13:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14080479 | + EDI: RMSC.COM | Dec 22 2020 06:03:00 | SYNCB/BP, PO Box 965015, Orlando, FL 32896-5015 |
| 14952279 | + Email/Text: bncmail@w-legal.com | Dec 22 2020 05:16:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14080475 | + EDI: RMSC.COM | Dec 22 2020 06:03:00 | Sam's Club, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14080476 | + EDI: CITICORP.COM | Dec 22 2020 06:03:00 | Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14080477 | + EDI: CITICORP.COM | Dec 22 2020 06:03:00 | Shell, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 14080478 | + EDI: CITICORP.COM | Dec 22 2020 06:03:00 | Sunoco/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14080480 | + EDI: RMSC.COM | Dec 22 2020 06:03:00 | Synchrony Bank/ShopHQ, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14117399 | + Email/Text: bncmail@w-legal.com | Dec 22 2020 05:16:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14080481 | + EDI: WTRRNBANK.COM | Dec 22 2020 06:03:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14080482 | + EDI: RMSC.COM | Dec 22 2020 06:03:00 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 56

Case 15-22627-CMB   Doc 73   Filed 12/23/20   Entered 12/24/20 00:55:03   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: mgut | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 3180W | Total Noticed: 64 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| 14952281 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  logsecf@logs.com |
| Joseph P. Schalk | on behalf of Creditor NATIONSTAR MORTGAGE LLC jschalk@barley.com  sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Leslie J. Rase, Esq. | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Michael C. Eisen | on behalf of Debtor Robert A. Le Bras attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11