# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    ROBERT A. LE BRAS<br><br>              Debtor(s)<br><br>    Ronda J. Winnecour<br>              Movant<br>           vs.<br>    No Repondents. | Case No.: 15-22627<br><br>Chapter 13<br><br>Related to: Document No. 61<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __21st__ day of __December__, 20 __20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/21/20 8:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 15-22627-CMB
Robert A. Le Bras   Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 4
Date Rcvd: Dec 21, 2020     Form ID: pdf900     Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Robert A. Le Bras, 576 Orchard Ave, Pittsburgh, PA 15202-3136 |
| 14080445 | + | Allied Interstate, PO Box 4000, Warrenton, VA 20188-4000 |
| 14080448 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14137453 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14080449 | + | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14080451 | + | Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14080454 | | Citi, Box 6062, Sioux Falls, SD 57117 |
| 14080470 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 8066, Mason, OH 45040 |
| 14121053 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14080459 | + | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14080460 | + | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14080466 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14080467 | ++++ | INTEGRITY SOLUTION SERVICES INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Integrity Solution Services Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301 |
| 14113024 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14148024 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14080471 | + | Nationstar Mortgage, PO Box 619004, Dallas, TX 75261-9004 |
| 14080472 | | Newegg.com Preferred Account, PO Box 51387, Timonium, MD 21094 |
| 14080476 | + | Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14080477 | + | Shell, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 14080478 | + | Sunoco/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14080481 | + | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14080483 | + | William T. Molczan, Esq., Weltman, Weinberg & Reis Co. LPA, 2500 Koppers Bldg, 436 7th Ave, Pittsburgh, PA 15219-1842 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2020 04:49:46 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 22 2020 05:16:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14088588 | | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2020 05:13:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14080446 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2020 05:13:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14080447 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 04:49:09 | Amazon, Synchrony Bank, Attn: Bankruptcy Dept, |

Case 15-22627-CMB    Doc 74    Filed 12/23/20    Entered 12/24/20 00:55:03    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | PO Box 965060, Orlando, FL 32896-5060 |
| 14137889 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 22 2020 04:33:33 | | CACH, LLC, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 14117398 | + | Email/Text: bncmail@w-legal.com Dec 22 2020 05:16:00 | | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14117396 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2020 05:14:00 | | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14080450 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2020 04:49:21 | | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14093364 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2020 04:49:20 | | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14080452 | + | Email/Text: bankruptcy@cavps.com Dec 22 2020 05:16:00 | | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste 4A, Valhalla, NY 10595-2323 |
| 14109664 | + | Email/Text: bankruptcy@cavps.com Dec 22 2020 05:16:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14080455 | + | Email/Text: mediamanagers@clientservices.com Dec 22 2020 05:13:00 | | Client Services Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14080456 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2020 05:14:00 | | Comenity Capital/HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 14080457 | | Email/Text: mrdiscen@discover.com Dec 22 2020 05:13:00 | | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14084046 | | Email/Text: mrdiscen@discover.com Dec 22 2020 05:13:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14147192 | + | Email/Text: kburkley@bernsteinlaw.com Dec 22 2020 05:17:00 | | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14080458 | + | Email/Text: bknotices@totalcardinc.com Dec 22 2020 05:16:00 | | Emblem Mastercard, PO Box 89210, Sioux Falls, SD 57109-9210 |
| 14080461 | | Email/Text: GCSBankruptcy@gcserv.com Dec 22 2020 05:13:00 | | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14080462 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2020 04:41:46 | | Genpact Services LLC, PO Box 960013, Orlando, FL 32896-0013 |
| 14080463 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2020 04:41:45 | | Genpact Services LLC, PO Box 960009, Orlando, FL 32896-0009 |
| 14080464 | + | Email/Text: bnc-bluestem@quantum3group.com Dec 22 2020 05:17:00 | | Gettington, PO Box 166, Newark, NJ 07101-0166 |
| 14080465 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2020 04:41:45 | | HHGregg, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965036, Orlando, FL 32896-5036 |
| 14080468 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Dec 22 2020 05:14:00 | | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14131338 | | Email/Text: JCAP_BNC_Notices@jcap.com Dec 22 2020 05:16:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14080453 | | Email/PDF: ais.chase.ebn@americaninfosource.com Dec 22 2020 04:32:25 | | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14080469 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2020 04:49:08 | | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14122201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2020 04:49:42 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14080473 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2020 04:49:08 | | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14131362 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 15-22627-CMB    Doc 74    Filed 12/23/20    Entered 12/24/20 00:55:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Dec 22 2020 05:16:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14080474 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 04:49:08 | QVC, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14136444 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2020 05:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14102967 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2020 05:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14086464 | | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2020 04:49:47 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14080479 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 04:32:22 | SYNCB/BP, PO Box 965015, Orlando, FL 32896-5015 |
| 14952279 | + | Email/Text: bncmail@w-legal.com | Dec 22 2020 05:16:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14080475 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 04:41:47 | Sam's Club, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14080480 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 04:32:21 | Synchrony Bank/ShopHQ, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14117399 | + | Email/Text: bncmail@w-legal.com | Dec 22 2020 05:16:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14080482 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 04:41:46 | Wal-Mart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| 14952281 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020    Signature:    /s/Joseph Speetjens

District/off: 0315-2 User: mgut Page 4 of 4
Date Rcvd: Dec 21, 2020 Form ID: pdf900 Total Noticed: 62

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  logsecf@logs.com |
| Joseph P. Schalk | on behalf of Creditor NATIONSTAR MORTGAGE LLC jschalk@barley.com  sromig@barley.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Leslie J. Rase, Esq. | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Michael C. Eisen | on behalf of Debtor Robert A. Le Bras attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11